IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerald Mitchell,                                    COURT FILE NO. 09-cv-1382 JMR/JJK

      Plaintiff,

v.                                                  **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**
Diversified Adjustment Service, Inc.,

      Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff

Jerald Mitchell ("Plaintiff") and his attorney and Defendant Diversified Adjustment

Service, Inc. ("Defendant") and its attorneys that the above-captioned action, shall be and

is hereby dismissed with prejudice and on the merits without costs, disbursements or

attorney fees to any party and that a judgment of dismissal with prejudice may be entered

in the above-captioned action accordingly.

ATTORNEYS FOR PLAINTIFF

Dated: May 4, 2010              By:   s/ Trista M. Roy
                                      CONSUMER JUSTICE CENTER, P.A.
                                      Trista M. Roy Esq.
                                      Attorney I.D. #0387737
                                      367 Commerce Court
                                      Vadnais Heights, MN  55127
                                      Telephone:  (651) 770-9707
                                      Facsimile:  (651) 704-0907
                                      tristacjc@aim.com

1589979v1

ATTORNEYS FOR DEFENDANT


Dated: April 30, 2010                    By:   s/ James R. Bedell
                                               Michael S. Poncin, #296417
                                               James R. Bedell, #351544
                                               MOSS & BARNETT, P.A.
                                               4800 Wells Fargo Center
                                               90 South Seventh Street
                                               Minneapolis, MN  55402-4129
                                               Telephone:  (612) 877-5000
                                               poncinm@moss-barnett.com
                                               bedellj@moss-barnett.com