IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Mitchell,<br><br>　　Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>　　Defendant. | COURT FILE NO. 09-cv-1382 JMR/JJK<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Based upon the stipulation of counsel, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

**BY THE COURT:**

Dated:  May 5, 2010.

s/James M. Rosenbaum
Honorable James M. Rosenbaum
Judge of U.S. District Court

1590016v1